82,528-01

April 21, 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 27 2015
Abel Acosta, Clerk

Re: MᶜGOUGH, JAMES ALAN
CCA No. WR-82,528-01
Trial Court Case No. 1260107-A

Dear Clerk,

    Would you please inform me of the status of my application for 11.07 Writ of Habeas Corpus that was recieved and presented to the Court on December 1, 2014.

    Further, please indicate the date of reciept of this letter on the copy that I have enclosed and return the same to me with your response in the postage paid envelope that I have provided for your use.

Respectfully,

James A. McGough

James Alan McGough
Clements Unit - 1892141
9601 Spur 591
Amarillo, Tx. 79107

April 21, 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals
    P.O. Box 12308
Austin, Texas 78711

Re: McGOUGH, JAMES ALAN
CCA No. WR-82,528-01
Trial Court Case No. 1260107-A

Dear Clerk,

    Would you please inform me of the status of my application for 11.07 Writ of Habeas Corpus that was recieved and presented to the Court on December 1, 2014.

    Further, please indicate the date of reciept of this letter on the copy that I have enclosed and return the same to me with your response in the postage paid envelope that I have provided for your use.

Respectfully,

James A. McGough

James Alan McGough
Clements Unit - 1892141
9601 Spur 591
Amarillo, TX. 79107